UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICH PENKOSKI,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **MURIEL BOWSER,** <br><br> Defendant. | Civil Action No. 20-1519 (TNM) |

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS
FOR PRELIMINARY AND PERMANENT INJUNCTION
AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant Mayor Muriel Bowser (the District) opposes plaintiffs' motions for a preliminary and permanent injunction and cross-moves for summary judgment on all claims in plaintiffs' Complaint. LCvR 65.1(c); Fed. R. Civ. P. 56(a). As set forth in the accompanying memorandum of points and authorities, plaintiffs are not entitled to injunctive relief and the District is entitled to judgment as a matter of law. Plaintiffs lack standing to bring constitutional challenges to the displays at issue—a painted mural depicting the words "BLACK LIVES MATTER" on a portion of 16th Street, N.W. in the District of Columbia, and street signs symbolically naming portions of the street "Black Lives Matter Plaza"—and cannot establish that the displays violate the Establishment Clause of the First Amendment or the Equal Protection Clause. Plaintiffs' motions for a preliminary and permanent injunction should be denied, and summary judgment should be entered in favor of the District. A proposed order is attached.

Dated:  July 13, 2020.                    Respectfully submitted,

                                            KARL A. RACINE
                                            Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

<u>/s/ Fernando Amarillas</u>
FERNANDO AMARILLAS [974858]
Chief, Equity Section

<u>/s/ Pamela A. Disney</u>
PAMELA A. DISNEY [1601225]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 807-0371
(202) 730-1470 (fax)
pamela.disney@dc.gov

*Counsel for Defendant*