## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICH PENKOSKI,** *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 20-1519 (TNM)** |
| **MURIEL BOWSER,** | |
| **Defendant.** | |

## DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL
## FACTS IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Mayor Muriel Bowser submits the following statement of undisputed material facts under LCvR 7(h)(1):

1.      Because of the COVID-19 pandemic, Mayor Muriel Bowser issued a stay-at-home order on March 30, 2020 requiring individuals to stay in their places of residence except in limited circumstances, such as for certain essential activities. Mayor's Order 2020-054 (Mar. 30, 2020).

2.      On May 27, 2020, Mayor Bowser issued an order lifting her prior stay-at-home order effective May 29, 2020, but leaving in place its restrictions for large gatherings of more than ten individuals. *See* Mayor's Order 2020-067 (May 27, 2020).

3.      In the wake of ongoing protests, Mayor Bowser put a curfew in place on June 1, 2020, effective 7:00 p.m. that evening, "to protect the safety of persons and property in the District." *See* Mayor's Order 2020-069 (June 1, 2020).

4.      On the afternoon of June 1, 2020, protesters descended upon the District of Columbia (the District), and across the Nation, in response to the deaths of George Floyd and other unarmed African Americans during interactions with law enforcement. *See, e.g.*, Dalton Bennett,

*et al.*, *The crackdown before Trump's photo op: How law enforcement cleared protesters outside the White House*, Wash. Post. (June 8, 2020), *available at* https://www.washingtonpost.com/investigations/2020/06/08/timeline-trump-church-photo-op/.

5.      At approximately 6:30 p.m. on June 1, 2020, peaceful protesters were forcibly removed from Lafayette Square so that President Donald Trump could walk from the White House to Saint John's Episcopal Church for a photo opportunity. *Id.*

6.      While they were attempting to clear Lafayette Square, members of the D.C. National Guard, military police and other federal law enforcement officers fired chemical agents, rubber bullets and flash canisters on peaceful protesters. *Id.*

7.      Shortly before he appeared at Saint John's Episcopal Church, President Trump made a speech in the White House Rose Garden in which he stated:  "I have strongly recommended to every governor to deploy the National Guard in sufficient numbers that we dominate the streets," and "[if] a city or a state refuses to take the actions that are necessary to defend the life and property of their residents, then I will deploy the United States military and quickly solve the problem for them." *Statement by the President*, www.whitehouse.gov (June 1, 2020), *available at* https://www.whitehouse.gov/briefings-statements/statement-by-the-president-39/.

8.      In response to the events of June 1, 2020, Mayor Bowser directed that a mural with the words "BLACK LIVES MATTER" be painted on 16th Street, N.W. in the District, close to where federal law enforcement officers had used force on peaceful protesters. Declaration of John Falcicchio (Falcicchio Decl.) ¶ 7.

9.      In response to the events of June 1, 2020, Mayor Bowser directed that portions of 16th Street, N.W. in the District be symbolically named "Black Lives Matter Plaza." *Id.* ¶ 7.

10.     The Black Lives Matter mural was painted by MuralsDC, a program within the D.C. Department of Public Works. *Id.* ¶ 8.

11.     MuralsDC has commissioned dozens of murals throughout the District, on both public and private property, that are designed to reflect the character of the community. *See Our Mission*, MuralsDC Project, *available at* http://muralsdcproject.com/our-mission/.

12.     A group of eight MuralsDC artists and five apprentices met early in the morning of June 5, 2020 to start painting the Black Lives Matter mural. Falcicchio Decl. ¶ 8.

13.     Throughout the morning of June 5, 2020, dozens of local residents and D.C. government employees joined MuralsDC's artists and apprentices to help paint the Black Lives Matter mural. *Id.* ¶ 8

14.     The Black Lives Matter mural was completed at approximately 11:30 a.m. on June 5, 2020. *Id.* ¶ 9.

15.     On June 5, 2020, at the direction of the Mayor, employees within the District Department of Transportation (DDOT) made street signs bearing the symbolic name "Black Lives Matter Plaza." *Id.* ¶ 9.

16.     On the morning of June 5, 2020, DDOT staff placed street signs bearing the symbolic name "Black Lives Matter Plaza" at each corner of 16th Street where it intersects with H Street, K Street and I Street. *Id.* ¶ 9.

17.     To complete the symbolic naming process, DDOT staff drafted legislation for the Council of the District of Columbia to designate the areas where they had placed street signs "Black Lives Matter Plaza." *Id.* ¶ 10.

18.     Legislation to symbolically designate "Black Lives Matter Plaza" was introduced on Monday, June 8, 2020. *Id.* ¶ 10.

19.     On June 9, 2020, the Council enacted legislation to symbolically designate "Black Lives Matter Plaza." *Id.* ¶ 10; *see* PR 23-428, Coronavirus Support Clarification Emergency Declaration Resolution of 2020, § 2(e), *available at* https://lims.dccouncil.us/Legislation/PR23-0827.

Dated:  July 13, 2020.                    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Pamela A. Disney
PAMELA A. DISNEY [1601225]
GAVIN N. PALMER [1619264]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 807-0371
(202) 730-1470 (fax)
pamela.disney@dc.gov

*Counsel for Defendant*