UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Pastor Rich Penkoski et. al.** <br><br> **V.** <br><br> **Muriel Bowser, In her official capacity as Mayor of the District Of Columbia (Defendant)** | **1:20-cv-01519-TNM** |

## RESPONSE IN OPPOSITION TO THE DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT

  NOW COMES the Plaintiffs in response in opposition to the Defendant's cross motion for Summary Judgment. [1] The Court should find that the Defendant's motion for summary judgment is ill taken because it was not submitted in good faith or based on the filing schedule set by this Court.  At best, the Defendant's cross motion for Summary Judgment could be construed as another delay tactic so that the Mayor can continue to trample our culture of rights by conveying to everyone in the District that Secular Humanism as advocated by the dangerous BLM cult is the favored religion of the District and of the Nation.

  The Defendant is well aware that (1) if the Court grants the Plaintiffs' motion for preliminary/permanent injunction, then it amounts to an automatic denial of the Defendant's cross motion for Summary Judgment and (2) if the Court denies the Plaintiffs' motions for preliminary/permanent injunction, it amounts to granting the Defendant's cross motion for summary judgment.

---

[1] The day this Court issues its final ruling, third party attorneys will appear pro hac on behalf of the non-lawyer Plaintiffs. Greg Degeyter Esq, Cynthia Burris Esq., Jason Rowe Esq.  Till then, it is just not necessary.

To save an enormous amount of judicial economy, the Plaintiffs re-incorporate and re-allege all of their statements in their verified complaint, the declarations filed in support of their cause of action, and all of the legal arguments raised in their memorandums in support of their motions for preliminary/permanent injunction and their reply briefs.

The Defendant's motion for summary judgment should be denied for failing to live up to the legal standard that it referenced in the memorandum in support. There are two major facts that are indispute. First, the Defendant refuses to admit that Secular Humanism is a religion for purposes of the First Amendment Establishment Clause, even though the Supreme Court and just about all of the courts of appeals have repeatedly found that it is. Second, the Defendant refuses to admit that Black Lives Matter is a religious organization that is inseparably linked to the religion of Secular Humanism, even though the BLM co-founders admit that it is a religious organization and eight theologians provided testimony that BLM is a denominal sect that is inseparably linked to the religion of Secular Humanism. The Defendant has absolutely no response to these facts other than to suggest that this Court should take her word for it that BLM is not a religious organization.

The Defendant's motion cross motion for summary judgment is so void of merit and good faith that the Court should deny the motion based on this simplified response. It is probably not necessary that the Plaintiffs file this response since their motions for preliminary/permanent injunction have been pending since June 29, 2020, but out of an abundance of caution and a spirit of overkill, the response is submitted.

/s/Chris Sevier Esq./
DE FACTO ATTORNEYS GENERAL
DC residential address deleted for safety reasons
Mailing address:
4301 50th St.
Suite 300, #2009
Washington, DC 20816
(615) 500-4411
ghostwarsmusic@gmail.com
www.humantraffickingpreventionact.com
www.stopsocialmediacensorshipact.com
www.stopguiltbyaccusationact.com
www.disentanglementact.com
www.lifeappropriationact.com
X-ray Bravo Two Zero

/s/Pastor Rich Penkoski/
WARRIORS FOR CHRIST
Mailing address:
4301 50th St.
Suite 300, #2009
Washington, DC 20816
(615) 500-4411
(931) - 881 - 8504
pastor@wfcchurch.org
https://www.wfcchurch.org/
https://www.facebook.com/RealWarriorsforChrist/
DC residential address deleted for safety reasons
(To Be Represented by Counsel Pro Hac Vice)

/s/Tex Christopher/

**CERTIFICATEOF SERVICE**

A true copy of the foregoing was emailed through ECF and mailed to the following address on August 1, 2020: Pamela A. Disney, OUTTEN & GOLDEN, LLP, 601 Massachusetts Avenue, Suite 200W, Washington, DC 20001, (202) 847-4417, Email: pamela.disney@dc.gov; Gavin Noyes Palmer, OFFICE OF THE ATTORNEY GENERAL/DISTRICT OF COLUMBIA, 441 4th Street NW, Washington, DC 20001, (202) 805-7440 Email: gavin.palmer@dc.gov

/s/Chris Sevier Esq./